Alan E. Wisotsky (SBN 68051)
Brian P. Keighron (SBN 71445)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:   (805) 278-0920
Fax:   (805) 278-0289
E-mail: lawyers@wisotskylaw.com

JS - 6

Attorneys for Defendant COUNTY OF VENTURA
(sued erroneously herein as County of Ventura, Department of Airports)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY S. KITAGUCHI, | No. CV 08-06839 ODW (SSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF VENTURA, DEPARTMENT OF AIRPORTS, | |
| Defendant. | |

This action came on for hearing before the Court on November 30, 2009, at 1:30 p.m. in Courtroom 11, the Honorable Otis D. Wright II, judge presiding, on a motion for summary judgment by defendant County of Ventura.  The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiff Terry S. Kitaguchi take nothing on his complaint against defendant County of Ventura; that the action be dismissed against said defendant on the merits; and that defendant County of Ventura shall recover its costs against plaintiff Terry S. Kitaguchi.

Dated: December 3, 2009

_____
OTIS D. WRIGHT II
United States District Judge